**Notice to all attorneys:** Mandatory electronic filing began January 1, 2005. See www.canb.uscourts.gov for details.

Form NDC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: Maria Carmen Quiroz<br>  aka  Maria Carmen Quiroz<br>       Debtor(s) | Case No.: 11–51663 ASW 13<br>Chapter: 13 |

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

      **Notice is given** the debtor(s) having failed to comply with this court's order filed on 2/25/2011 , it is ordered that this case is hereby **dismissed**.

Dated: 3/14/11

By the Court:

Arthur S. Weissbrodt
United States Bankruptcy Judge